UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:12–cv–10927–MMM–SH             DATE:   1/9/2013
Title:  MYKEY TECHNOLOGY, INC. V. INTELLIGENT COMPUTER SOLUTIONS, INC.

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 01/02/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 01/04/2013.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.