1  ROBERT E. FREITAS (SBN 80948)
     rfreitas@fawlaw.com
2  JESSICA N. LEAL (SBN 267232)
     jleal@fawlaw.com
3  FREITAS & WEINBERG LLP
   350 Marine Parkway, Suite 200
4  Redwood Shores, CA 94065
   Telephone: (650) 593-6300
5  Facsimile: (650) 593-6301

6  Attorneys for Plaintiff
7  MyKey Technology, Inc.

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  IN RE: MYKEY TECHNOLOGY,          2:13-ml-02461-AG (PLAx)
    INC. PATENT LITIGATION
12                                    MDL NO. 2461

13  MyKey Technology, Inc.            This Document Relates to:
                                      Case No. 2:12-cv-10927-AG (PLA)
14         v.

15  Intelligent Computer Solutions, Inc.   [PROPOSED] JUDGMENT AND
                                           ORDER GRANTING PLAINTIFF'S
16                                         MOTION TO ENFORCE
17                                         SETTLEMENT AGREEMENT

18                                         UNREDACTED

19

20                                    Date:      October 21, 2019
21                                    Time:      10:00 a.m.
                                      Ctrm.:     10D
22                                    Judge:     Hon. Andrew J. Guilford

23

24

25

26

27

28

1        This matter came before the Court on plaintiff MyKey Technology, Inc.'s

2   Motion to Enforce Settlement Agreement and for Judgment against the defendant

3   Intelligent Computer Solutions, Inc.

4        The Court, having considered all papers and arguments in support thereof,

5   and in opposition thereto, and all other matters of record before the Court or to

6   which this Court may or must take judicial notice, and for good cause shown, does

7   hereby ORDER as follows:

8        1.      The motion is GRANTED and judgment in favor of MyKey

9   Technology, Inc. against Intelligent Computer Solutions, Inc. is entered.

10       2.      Intelligent Computer Solutions, Inc. shall pay pre-judgment interest to

11  MyKey Technology, Inc. at the rate of ten percent (10%) per annum, from the date

12  of each late or missed payment of each settlement scheduled payment.

13       3.      The judgment is entered as follows:

14       $90,000.00   Principal

15       $21,165.07   Prejudgment Interest (through September 13, 2019)

16       197.28   Prejudgment Interest (September 14, 2019 through today)

17       $111,362.35 JUDGMENT AS ENTERED

18       4.      Intelligent Computer Solutions, Inc. shall pay to MyKey Technology,

19  Inc. post-judgment interest ~~at the rate of ten percent (10%) per annum, in the~~ AS DETERMINED

20  ~~amount of $24.66 per day, from the date of entry of this Judgment.~~

21

22  **IT IS SO ORDERED.**

23

24  Dated: OCT 21, 2019

25

26                                          Andrew J. Guilford
                                            United States District Judge

27

28